JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HERBERT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>D.A. GEORGE GASCON,<br><br>    Defendant. | Case No. 2:22-cv-06803-JAK (JDE)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Action Pursuant to 28 U.S.C. § 1915(g), IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: October 20, 2022

_____
JOHN A. KRONSTADT
United States District Judge